# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALISSA MATTOCKS

VERSUS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY AND AMY
NEWSOM

NO.   2023 CW 0101

**MAY 8, 2023**

---

In Re:    State Farm Mutual Automobile Insurance Company and Amy
          Newsom, applying for supervisory writs, 19th Judicial
          District Court, Parish of East Baton Rouge, No.
          681205.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT NOT CONSIDERED.** Relators failed to comply with
Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(8), as
the writ application does not contain a copy of each pleading on
which the trial court's judgment was founded.  In particular,
the relators failed to provide the attachments to plaintiff's
motion for partial summary judgment.  Additionally, this court
requires the transcript of the December 15, 2022 hearing on
plaintiff's motion for partial summary judgment. See La. Code
Civ. P. art. 966(C)(4).

   Supplementation of this writ application and/or an
application for rehearing will not be considered.  Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

   In the event relators seek to file a new application with
this court, it must contain all required items, including the
missing documentation noted above, and must comply with Rule 2-
12.2 of the Uniform Rules of Louisiana Courts of Appeal.  Any
new application must be filed on or before May 23, 2023 and must
contain a copy of this ruling.

                          MRT
                          WRC
                          CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT